Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>PEGGY LEE ROBBINS,<br><br>Defendant. | CASE NO. MJ17-251<br><br>[PROPOSED]<br><br>ORDER GRANTING DEFENDANT'S UNNOPPOSED MOTION TO EXTEND INDICTMENT DEADLINE |

THE COURT has considered the unopposed motion of the defendant to extend the indictment deadline in this matter. It appears that it would be unreasonable to require the filing of an indictment within the period required by statute because of the need for further investigation and case evaluation prior to an indictment. Without an extension, defense counsel would be denied the reasonable time necessary for effective preparation. The parties have consented to entering an order extending the indictment deadline from on or about January 14, 2018, to May 31, 2018.

THE COURT finds that justice is served by granting a continuance, and that a continuance outweighs the best interests of the public and the defendant in a speedy indictment.

IT IS ORDERED that the date on or before an indictment must be filed is extended to May 31, 2018.

ORDER EXTENDING INDICTMENT DEADLINE
- 1

THE LAW OFFICE OF EDMUND P. ALLEN JR.
705 Second Avenue, Suite 910
Seattle, Washington 98104
Ph.(206) 262-0903 Fax(206) 621-7323

IT IS FURTHER ORDERED that the period of delay from on or about January 9, 2018, to May 31, 2018, is excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) for the purpose of computing the time limitations imposed by the Speedy Trial Act.

DATED this 10 day of January, 2018.

~~Hon. Magistrate Judge Brian A. Tsuchida~~

MARY ALICE THEILER
US MAGISTRATE JUDGE

Presented By:

s/ Edmund P. Allen
EDMUND P. ALLEN
Attorney for Defendant

ORDER EXTENDING INDICTMENT DEADLINE
- 2

THE LAW OFFICE OF EDMUND P. ALLEN JR.
705 Second Avenue, Suite 910
Seattle, Washington 98104
Ph.(206) 262-0903 Fax(206) 621-7323